

**Entered on Docket
November 06, 2009**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**
_____

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | Kristin A. Schuler-Hintz, Esq., SBN 7171 |
| 10 | Seth J. Adams, Esq., SBN 11034 |
| | Christopher K. Lezak, Esq., SBN  11185 |
| 11 | McCarthy & Holthus, LLP |
| | 811 South Sixth Street |
| 12 | Las Vegas, NV  89101 |
| 13 | Phone (702) 685-0329 ext 3748 |
| | Fax (866) 339-5691 |
| 14 | NVBK@McCarthyHolthus.com |
| 15 | Attorney for Secured Creditor, Deutsche Bank Trust Company Americas as Trustee and |
| 16 | Custodian for HSBC Bank USA National Association, ACE Securities Corp. Home Equity Loan Trust Series 2006-NC1, its assignees and/or successors and the servicing agent SAXON |
| 17 | MORTGAGE SERVICES, INC |

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| 20 | | |
| 21 | In re: | ) Case No.: 09-12752-LBR |
| | | ) |
| 22 | Dennis Edward Depauw, Jr., | ) Chapter  13 |
| | | ) |
| 23 | Debtor. | ) DATE:  10/28/09 |
| 24 | | ) TIME:   10:00 am |
| | | ) |
| 25 | | ) **ORDER TERMINATING** |
| 26 | | ) **AUTOMATIC STAY** |
| | _____ | ) |

27    The Motion for Relief From Automatic Stay came on regularly for hearing at the date and

28 time set forth above before the United States Bankruptcy Court.  Upon review of the Motion and

29 supporting evidence, and good cause appearing, the Court rules as follows:

M&H File No. NV09-44574
09-12752-LBR

1   IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the automatic stay provisions of 11 U.S.C. §362 be and are hereby terminated with respect to the interests of Movant in the real property commonly known as 3840 Hollycroft Drive, North Las Vegas, NV 89081.

Secured Creditor will provide not less than 5 days notice of the date, time, and location of the currently scheduled foreclosure sale to the debtors or as otherwise provided by Nevada law.

IT IS SO ORDERED.

Submitted by:

_/s/ Christopher K. Lezak, Esq._
Christopher K. Lezak, Esq.
811 South Sixth Street
Las Vegas, NV 89101
702-685-0329

Approved/Disapproved

_Emailed 10/29/09 – Signature waived._
Rick A. Yarnall
701 Bridger Ave., Suite 820
Las Vegas, NV 89101

Case 09-12752-lbr    Doc 73    Entered 11/06/09 12:13:02    Page 3 of 3

<u>ALTERNATIVE METHOD re; RULE 9021:</u>

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

☐ The court has waived the requirement of approval under LR 9021.

☐ No parties appeared or filed written objections, and there is no trustee appointed in the case.

☒ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in the case, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

Counsel appearing: None

Unrepresented parties appearing: None

Trustee: Rick A. Yarnall *Emailed 10/29/09 – Signature waived.*

/s/ Christopher K. Lezak, Esq.
Christopher K. Lezak, Esq.

###

M&H File No. NV09-44574
09-12752-LBR